THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE and TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | No. CV04-5052RBL<br><br>NOTICE OF MEDIATION COMPLETION |

Pursuant to Local Rule 39.1(c)(6), this Notice will confirm for the court that the parties mediated this dispute on Wednesday, July 19, 2006, with my involvement. The case was not resolved.

DATED this 24th day of July, 2006.

*Edward Leavy*
The Honorable Edward Leavy
Mediator

NOTICE OF MEDIATION COMPLETION:
No. CV04-5052RBL

Page 1

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351