HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FEDERATED RURAL ELECTRIC
INSURANCE EXCHANGE and TIG
INSURANCE COMPANY,

    Plaintiffs,

    v.

PUBLIC UTILITY DISTRICT NO. 1 OF
COWLITZ COUNTY, WASHINGTON, a
Washington municipal corporation,

    Defendant.

Case No. C04-5052 RBL

ORDER DENYING INSURERS'
MOTION IN LIMINE TO EXCLUDE
EXPERT TESTIMONY OF KATHARYN
THOMPSON

    THIS MATTER comes before the Court on Insurers' Motion in Limine to Exclude Expert Testimony of Katharyn Thompson.  The Court having considered the motion and the papers submitted in support thereof, plaintiffs' reply in support of the motion, the Court's Order Granting Appraisal, and being fully advised in the premises, it is hereby

    **ORDERED** that Insurers' Motion in Limine to Exclude Expert Testimony of Katharyn Thompson is **DENIED** as moot.

    DATED this 19th day of September, 2006.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1