HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE and TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | Case No. C04-5052 RBL<br><br><br>ORDER |

The Court continues to believe that the evidence supports its conclusion that the District owns 100% of the Swift #2 facility and insured 100% of the potential power loss which might occur as a result of an insured event. The fact that the District combines its power generation with Pacific Corp. and that its portion of the combined power output is 26% does not mean that the District has an insurable interest in only 26% of the damaged facility or the power produced by that facility. The District owned 100% of Swift #2, contributed 100% of the power generated from Swift #2 and insured 100% of that power against loss from an insurable event. The District is entitled to reimbursement of that total loss up to applicable sub-limits.

ORDER
Page - 1

1  Plaintiffs' motion [Dkt. #223] is **DENIED.**

2  DATED this 27th day of February, 2006.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2