HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FEDERATED RURAL ELECTRIC
INSURANCE EXCHANGE and TIG
INSURANCE COMPANY,

    Plaintiffs,

    v.

PUBLIC UTILITY DISTRICT NO. 1 of
COWLITZ COUNTY, WASHINGTON, a
Washington municipal corporation,

    Defendant.

Case No. C04-5052RBL

ORDER GRANTING PLAINTIFF TIG'S
MOTION TO CONFIRM SUBPOENA
POWER OVER APPRAISAL
WITNESSES

Having considered TIG's Motion to Confirm Subpoena Power Over Appraisal Witnesses, the Court confirms that TIG has subpoena power over Appraisal witnesses it plans to call in its case-in-chief for testimony supportive of TIG's position.  By this order the Court does not extend the geographical limits of subpoena power prescribed by FRCP 45.  The Appraisal panel can decide who among the affected witnesses meet the geographical criteria of FRCP 45.

DATED this 28th day of March, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1