THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE and TIG INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>　　　　　　Defendant. | No. CV04-5052RBL<br><br>DECLARATION OF DOUGLAS G. HOUSER IN SUPPORT OF PLAINTIFF TIG'S OPPOSITION TO DEFENDANT PUD'S PREMATURE MOTION FOR ATTORNEY FEES, PREJUDGMENT INTEREST AND OTHER DAMAGES |

I, DOUGLAS G. HOUSER declare as follows:

1. I am an attorney with Bullivant Houser Bailey PC, counsel of record for TIG Insurance Company ("TIG") in this action. I make all representations herein from my personal knowledge, and am competent to testify to the truth of the matters contained herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the Transcript of Deposition of Gary Huhta, June 22, 2005.

3. Attached as **Exhibit B** is a true and correct copy of February 3, 2004 letter from Douglas G. Houser to Kevin Kiely.

4. Attached as **Exhibit C** is a true and correct copy of August 12, 2002 letter

DECLARATION OF DOUGLAS G. HOUSER IN SUPPORT OF TIG'S OPPOSITION TO PUD'S PREMATURE MOTION FOR ATTORNEY FEES, PREJUDGMENT INTEREST AND OTHER DAMAGES
No. CV04-5052RBL

Page 1

**Bullivant|Houser|Bailey PC**
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

1 | from Douglas G. Houser to Barry Dahl.

2 |     5.    Attached as **Exhibit D** is a true and correct copy of TIG Policy No. XPT 392
3 | 38 849.

4 |     6.    Attached as **Exhibit E** is a true and correct copy of report by Lloyd's adjuster
5 | Steve Larkin, dated May 21, 2002.

6 |     7.    Attached as **Exhibit F** is a true and correct copy of the first report from RGL,
7 | dated November 17, 2004.

8 |     I declare under penalty of perjury under the laws of the State of Washington and of
9 | the United States that the foregoing is true and correct.

10 |     DATED this 11th day of June, 2007.

11 |
12 |                           /s/ Douglas G. Houser
13 |                           Douglas G. Houser, OSB No. 600384

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

DECLARATION OF DOUGLAS G. HOUSER IN SUPPORT OF TIG'S OPPOSITION TO PUD'S PREMATURE MOTION FOR ATTORNEY FEES, PREJUDGMENT INTEREST AND OTHER DAMAGES
No. CV04-5052RBL     Page 2

**Bullivant|Houser|Bailey PC**
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **DECLARATION OF DOUGLAS G. HOUSER IN SUPPORT OF PLAINTIFF TIG'S OPPOSITION TO DEFENDANT PUD'S PREMATURE MOTION FOR ATTORNEY FEES, PREJUDGMENT INTEREST AND OTHER DAMAGES** as well as all the Exhibits referenced therein, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Michael Ricketts | Arjang Victory |
| Kingman Peabody Fitzharris & Ringer, P.S. | Jennifer Hoffman |
| 505 Madison St., Ste. 300 | Matthew Gonzalez |
| Seattle, WA  98104 | Bruckmann & Victory LLP |
| | 420 Lexington Ave., Ste. 1621 |
| | New York, NY  10170 |

DATED this 11th day of June, 2007.

By /s/ Douglas G. Houser
    Douglas G. Houser, OSB #600384
    Ronald J. Clark, OSB #88032
    Maria E. Sotirhos, WSBA #21726

CERTIFICATE OF SERVICE
No. CV04-5052RBL

Page 1

**Bullivant|Houser|Bailey PC**
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon  97204-2089
Telephone: 503.228.6351