The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE and TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | NO. CV04-05052 RBL<br><br>STIPULATION REGARDING ATTORNEY'S FEES AND COSTS THROUGH JULY 31, 2006 |

The undersigned counsel of record on behalf of their respective clients stipulate to the following:

1. On June 14, 2007, the Court ruled that Defendant Public Utility District No. 1 of Cowlitz County ("the District") was entitled to recover its reasonable attorneys' fees and costs incurred to prove coverage pursuant to *Olympic Steamship* and *Panorama Village*.

2. The parties have agreed on a compromised figure of $850,000 as being a reasonable sum for <u>all</u> attorneys' fees and costs from February 4, 2004, though July 31, 2006.

3. The parties stipulate that the Court's 54(b) judgment shall include an award of attorneys' fees and costs for $850,000 from February 4, 2004, through July 31, 2006.

4. The District has advised that it intends to pursue a recovery for attorneys' fees and costs from August 1, 2006, through the final conclusion of the captioned case, as part of its

STIPULATION REGARDING ATTORNEY'S
FEES AND COSTS THROUGH JULY 31, 2006
[CV04-5052RBL] - 1

BRUCKMANN & VICTORY, LLP
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 1621
NEW YORK, NEW YORK 10170
TEL: 212. 850.8500 / FAX: 212.850.8505

counterclaims against TIG Insurance Company for bad faith and violation of the Consumer Protection Act.

5. TIG has advised that it intends to oppose the District's counterclaims for bad faith and violation of the Consumer Protection Act and any effort to recover any attorneys' fees or costs after July 31, 2006, as part of those counterclaims.

So Stipulated this 22ND DAY OF JUNE, 2007

By: /s/ Arjang Victory

Arjang Victory (*Admitted Pro Hac Vice*)
Jennifer Hoffman (*Admitted Pro Hac Vice*)
Michael E. Ricketts WSBA #9387
Counsel for Defendant PUD #1 of Cowlitz Co.

So Stipulated this 21st day of June, 2007

By: /s/ Maria Sotirhos

Douglas G. Houser (*Admitted Pro Hac Vice*)
Ron Clark (*Admitted Pro Hac Vice*)
Maria Sotirhos WSBA #21726
Counsel for Plaintiff TIG.

STIPULATION REGARDING ATTORNEY'S
FEES AND COSTS THROUGH JULY 31, 2006
[CV04-5052RBL] - 2

BRUCKMANN & VICTORY, LLP
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 1621
NEW YORK, NEW YORK 10170
TEL: 212. 850.8500 / FAX: 212.850.8505