HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE and TIG INSURANCE COMPANY,

Plaintiffs,

v.

PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,

Defendant.

Case No. C04-5052RBL

ORDER ON TIG'S MOTION TO LIFT STAY OF THE DISTRICT'S EXTRA-CONTRACTUAL CLAIMS

Having considered Plaintiff TIG's Motion to Lift Stay of the District's Extra-Contractual Claims.

The Court **GRANTS** TIG's Motion and orders that the stay be lifted regarding the District's extra-contractual claims. The Clerk will issue a Scheduling Order as to the extra-contractual claims after entry of Judgment on the coverage issues.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1