HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE and TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | Case No. C04-5052RBL<br><br>ORDER CORRECTING CASE CAPTION |

THIS MATTER having come on for hearing through a joint motion by Plaintiff TIG Insurance Company ("TIG") and Defendant Public Utility District No. 1 of Cowlitz County, Washington (the "District") to Correct the Case Caption, and the Court having reviewed the moving papers, and having found good cause, IT IS HEREBY ORDERED that "Federated Rural Electric Insurance Exchange" will be removed from the case caption.

Dated this 2nd day of July, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1