1

2

3

4     04-CV-05052-ORD

5

6

The Honorable Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

JUL - 9 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9   FEDERATED RURAL ELECTRIC
    INSURANCE EXCHANGE and TIG
10  INSURANCE COMPANY,

11                Plaintiffs,

12        v.

13  PUBLIC UTILITY DISTRICT NO. 1 OF
    COWLITZ COUNTY, WASHINGTON, a
14  Washington municipal corporation,

15                Defendant.

NO.  CV04-05052 RBL

[PROPOSED]

ORDER ON MOTIONS FOR
SUMMARY JUDGMENT AND
DIRECTING ENTRY OF 54(B)
JUDGMENT AGAINST PLAINTIFF
TIG INSURANCE COMPANY

16        THIS MATTER comes on before the Court on 1) Defendant Public Utility District No.

17  1 of Cowlitz County's ("the District" or "PUD") Motion to Enter Judgment Against TIG

18  Pursuant to Appraisal Findings (Dkt. No. 246); 2) the District's Motion for Attorneys Fees,

    Prejudgment Interest, and Other Damages (Dkt. No. 266); 3) TIG's Motion for Summary
19
    Judgment and Alternative Motion for Partial Summary Judgment (Dkt. No. 249); and 4)
20
    Plaintiff TIG Insurance Company's Motion for partial Summary Judgment Re: Extra-
21
    Contractual Claims (Dkt. No. 268).
22
          As reflected in this Court's June 18, 2007 Minute Entry (Dkt. No. 282), and as further
23
    explained by the Court during the hearing on these motions conducted on June 14, 2007, the
24
    Court's rulings are as follows:
25

[PROPOSED] ORDER ON MOTIONS FOR
SUMMARY JUDGMENT AND DIRECTING
ENTRY OF 54(B) JUDGMENT
[CV04-5052RBL] - 1

BRUCKMANN & VICTORY, LLP
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 1621
NEW YORK, NEW YORK 10170
TEL: 212. 850.8500 / FAX: 212.850.8505

1    Plaintiff TIG Insurance Company's ("TIG") Motion for Summary Judgment and
2    Alternative Motion for Partial Summary Judgment is GRANTED IN PART AND DENIED IN
3    PART, as follows:

4    • TIG's motion seeking summary judgment based on the contention that TIG has
5        no liability because underlying insurance coverage provided by Federated Rural
6        Electric Insurance Exchange ("Federated") has not been exhausted is DENIED.
7    • TIG's alternative motion seeking to reduce the amount it owes by $4,500,000
8        based on the argument that additional coverage limits in the Federated policy
9        were not exhausted is DENIED.
10   • TIG's motion regarding claim presentation costs is GRANTED.
11   • TIG's motion regarding the Lloyd's deductible is GRANTED IN PART.  TIG
12       is entitled to apply a one time credit of $500,000 for the Lexington/Lloyd's of
         London insurance policy deductible and a credit of $100,000 reflecting the
13       Federated policy deductible.
14   • TIG's motion regarding foundation/stabilization work or remediation of
15       subsurface conditions is DENIED.
16   • TIG's motion regarding interest on construction loans is DENIED.
17   • TIG's motion regarding costs incurred prior to July 5, 2006 (including, e.g.,
18       construction insurance, financing, and miscellaneous expenses) is DENIED.
19   • TIG's motion regarding spillway/wasteway expenses is DENIED.
20   • TIG's motion regarding legal expenses related to the District's dispute with its
21       power canal contractor is DENIED.

22   Plaintiff TIG's Motion for Partial Summary Judgment Re: Extra-Contractual Claims is
23   DENIED, WITHOUT PREJUDICE.  The extra-contractual claims that are the subject of that
24   motion have heretofore been bifurcated and will be the subject of later proceedings.

25       Defendant PUD's Motion for Attorney's Fees, Prejudgment Interest, and Other
     Damages is GRANTED IN PART and DENIED IN PART.  The District's motion for

[PROPOSED] ORDER ON MOTIONS FOR
SUMMARY JUDGMENT AND DIRECTING
ENTRY OF 54(B) JUDGMENT
[CV04-5052RBL] - 2

BRUCKMANN & VICTORY, LLP
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 1621
NEW YORK, NEW YORK 10170
TEL: 212. 850.8500 / FAX: 212.850.8505

1     attorneys' fees, costs, and expenses pursuant to <u>Olympic SS. Co. v. Centennial Ins. Co.</u> is

2     GRANTED, affording the District a recovery of its reasonable attorneys' fees and costs

3     associated with proving coverage.

4         Defendant PUD's Motion to Enter Judgment Against TIG Pursuant to Appraisal

5     Findings is GRANTED, as follows:

6         Pursuant to the Findings of the Appraisal Panel (Dkt. 245) and the Amended Findings

7     of the Appraisal Panel (Dkt. No. 274), the District's total damages are $125,497,225, including

8     claim presentation costs. The damages net of claim presentation costs total $124,509,983

9     ($125,497,225 - $987,242 claim presentation costs = $124,509,983). As established by prior

10    rulings of the Court, these damages are covered under either the Lexington and Lloyd's

11    Difference In Conditions insurance policies or the Federated and TIG All-Risk property

12    insurance policies. TIG is liable for the District's losses to the extent they exceed the

13    combined $70,000,000 coverage and $500,000 deductible of the Lexington and Lloyd's

14    policies and the $25,000,000 coverage and $100,000 deductible of the Federal policy. The

15    District is therefore entitled to recover $28,909,983 against Plaintiff TIG for direct damages

      ($124,509,983 - $70,000,000 - $500,000 - $25,000,000 - $100,000 = $28,909,983).

16        The Court also awards the Defendant District the sum of $850,000 in attorneys' fees

17    and costs under <u>Olympic Steamship</u> through July 31, 2006, which amount was stipulated to as

18    reasonable by both parties (Dkt. 284).

19        Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just

20    reason for delay and hereby directs the Clerk to enter a final judgment against Plaintiff, TIG

21    Insurance Company, in favor of the Defendant District in the amount of $29,759,983

22    ($28,909,983 direct damages + $850,000 attorneys' fees and costs through July 31, 2006 =

23    $29,759,983). This final judgment is entered with respect to all of the parties' contractual

24    claims that were the subject of the motions resolved in this Order and the Court's earlier

25    findings on coverage as reiterated herein. This case involves (1) contractual claims, which are

      the subject of this order and which have now been fully resolved, and (2) extra-contractual

[PROPOSED] ORDER ON MOTIONS FOR
SUMMARY JUDGMENT AND DIRECTING
ENTRY OF 54(B) JUDGMENT
[CV04-5052RBL] - 3

BRUCKMANN & VICTORY, LLP
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 1621
NEW YORK, NEW YORK 10170
TEL: 212. 850.8500 / FAX: 212.850.8505

1    claims, which have been bifurcated. Certification will not result in unnecessary appellate

2    review, and review of the contractual claims will not be mooted by any future developments in

3    the case.

4

5         DATED this 6th day of July, 2007

6

7                                              _____
                                               HON. RONALD B. LEIGHTON
8                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER ON MOTIONS FOR**
**SUMMARY JUDGMENT AND DIRECTING**
**ENTRY OF 54(B) JUDGMENT**
[CV04-5052RBL] - 4

BRUCKMANN & VICTORY, LLP
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 1621
NEW YORK, NEW YORK 10170
TEL: 212. 850.8500 / FAX: 212.850.8505