# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERATED RURAL ELECTRIC<br>INSURANCE EXCHANGE AND<br>TIG INSURANCE COMPANY<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF<br>COWLITZ COUNTY, WASHINGTON,<br>a Washington municipal corporation, | JUDGMENT IN A CIVIL CASE<br>PURSUANT TO FRCP 54(B)<br><br>CASE NUMBER: CV04-05052RBL |

**Decision by Court.** This action came on for multiple hearings before the Court. The issues have been heard and a decision has been rendered by the Court in its prior Orders including the Order on Motions for Summary Judgment and Directing Entry of 54(B) Judgment Against Plaintiff TIG Insurance Company. Now, therefore,

IT IS ORDERED AND ADJUDGED, as follows:

Pursuant to Federal Rule of Civil Procedure 54(b), and the Court having found that there is no just reason for delay, final judgment is hereby entered this date in favor of Defendant PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, WASHINGTON against Plaintiff TIG INSURANCE COMPANY in the amount of $29,759,983.

July 9, 2007

**BRUCE RIFKIN**
Clerk

By, Deputy Clerk

04-CV-05052-JGM