HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIG INSURANCE COMPANY,

    Plaintiff,

v.

PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,

    Defendant.

Case No. C04-5052RBL

ORDER

THIS MATTER is before the Court on TIG's Motions for Stay of Judgment Pending Appeal [Dkt. #302] and for Approval of Alternate Security [Dkt. #309].

This is a breach of contract action. The parties do not trust one another. TIG, in its motion for stay, asks the Court to stay execution of the Judgment for thirty days while the parties attempt to work out the terms of a letter of credit. Negotiations have since broken down and now, in the motion for approval of alternate security, TIG asks the Court to force the District to accept a form of security that the parties are unable to agree upon. This the Court will not do. Court rules provide an appropriate mechanism for parties seeking to stay execution of a judgment pending appeal. The Court sees no reason to deviate from those procedures. TIG's Motions for Stay of Judgment Pending Appeal [Dkt. #302] and Motion for Approval of Alternate Security [Dkt. #309] are **DENIED**. TIG shall post a supersedeas bond within 10 days of entry of this ORDER if it wishes to stay efforts to execute on the judgment.

**IT IS SO ORDERED.**

1   The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2   pro se.

3   Dated this 6th day of August, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2