HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIG INSURANCE COMPANY,

    Plaintiff,

v.

PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,

    Defendant.

Case No. C04-5052RBL

ORDER

THIS MATTER is before the Court upon Defendant PUD's Emergency Motion Regarding the Sufficiency of the Supersedeas Bond [Dkt. #324]. The motion seeks to have the defendant's attorneys named as the beneficiary of the bond. That motion is **DENIED**. Plaintiff TIG has filed a Motion for Approval of Supersedeas Bond and Stay pursuant to Fed. R. Civ. P. 62(d) [Dkt. #326] and has noted it for August 29, 2007. The Court will rule on that motion on its noting date.

**IT IS SO ORDERED**.

DATED this 21st day of August, 2007.

    /s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1