THE HONORABLE RONALD B. LEIGHTON

04-CV-05052-ORD

FILED ____ LODGED
____ RECEIVED

AUG 2 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | No. CV04-5052RBL<br><br>ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY PURSUANT TO FRCP 62(D)<br><br>Noted for Consideration: Wednesday, August 29, 2007<br>RBL |

This matter having come before the Court without oral argument upon plaintiff's Notice of Posting and Motion for Approval of Supersedeas Bond and Stay Pursuant to FRCP 62(d), and the Court having reviewed the motion and exhibit thereto, it is hereby

**ORDERED** that:

1. The supersedeas bond submitted as Exhibit A to the Notice of Presentation and Motion for Approval of Supersedeas Bond and Stay Pursuant to FRCP 62(d) is approved; and

2. Enforcement of the July 9, 2007, Judgment entered against TIG is stayed during the pendency of TIG's appeal.

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND
No. CV04-5052RBL

Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

DATED this 22nd day of August, 2007.

By _____
HONORABLE RONALD B. LEIGHTON

Presented By:

BULLIVANT HOUSER BAILEY PC

By _____
Douglas G. Houser, OSB #600384
Ronald J. Clark, OSB #880328
Maria E. Sotirhos, WSBA #21726
Attorneys for Plaintiff, TIG Insurance Company

3537676.1

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND
No. CV04-5052RBL

Page 2