THE HONORABLE RONALD B. LEIGHTON

04-CV-05052-ORD

FILED _____ LODGED
_____ RECEIVED

AUG 2 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIG INSURANCE COMPANY,

    Plaintiff,

v.

PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,

    Defendant.

No. CV04-5052RBL

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY PURSUANT TO FRCP 62(D)

Noted for Consideration: Wednesday, August ~~28~~ 29, 2007

RBL

This matter having come before the Court without oral argument upon plaintiff's Notice of Posting and Motion for Approval of Supersedeas Bond and Stay Pursuant to FRCP 62(d), and the Court having reviewed the motion and exhibit thereto, it is hereby

**ORDERED** that:

1. The supersedeas bond submitted as Exhibit A to the Notice of Presentation and Motion for Approval of Supersedeas Bond and Stay Pursuant to FRCP 62(d) is approved; and

2.    Enforcement of the July 9, 2007, Judgment entered against TIG is stayed during the pendency of TIG's appeal.

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND
No. CV04-5052RBL

Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1  DATED this 22nd day of August, 2007.

2

3                                                          By _____
                                                                HONORABLE RONALD B. LEIGHTON
4

5  Presented By:

6  BULLIVANT HOUSER BAILEY PC

7

8  By _____
9     Douglas G. Houser, OSB #600384
      Ronald J. Clark, OSB #880328
10    Maria E. Sotirhos, WSBA #21726
   Attorneys for Plaintiff, TIG Insurance Company
11

12  3537676.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS     Page 2     Bullivant|Houser|Bailey PC
BOND                                                              1601 Fifth Avenue, Suite 2300
No. CV04-5052RBL                                                  Seattle, Washington 98101-1618
                                                                  Telephone: 206.292.8930