HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIG INSURANCE COMPANY,

    Plaintiff,

    v.

PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,

    Defendant.

Case No. C04-5052RBL

ORDER

THIS MATTER is before the Court on Defendant PUD's Motion to Reconsider Order Staying the PUD's Extra Contractual Claims [Dkt. #336]. The Court has reviewed the motion and the entirety of records and files herein.

Under this Court's Local Rules, "[m]otions for reconsideration are disfavored[]" and will be denied unless there is "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." CR7(h)(1), Local Rules W.D. Wash. In the motion the PUD merely rehashes the same basic arguments they presented in their initial opposition to the motion. The Court has already considered and rejected those arguments and will not reconsider them here. The motion for reconsideration is **DENIED.**

**IT IS SO ORDERED.**

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2  pro se.

3  DATED this 3rd day of October, 2007.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE