FILED

OCT 31 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERATED RURAL ELECTRIC INSURANCE CORP, <br><br>         Plaintiff, <br><br>  and <br><br> TIG INSURANCE COMPANY, <br><br>             Plaintiff - Appellant, <br><br>   v. <br><br> CERTAIN UNDERWRITERS AT LLOYDS, LONDON, and London Market Companies, foreign entities, <br><br>             Defendant, <br><br>  and <br><br> PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, a Washington municipal corporation, <br><br>             Defendant - Appellee. | No. 07-35596 <br><br> D.C. No. CV-04-05052-RBL <br> Western District of Washington, Tacoma <br><br><br> ORDER |

Before: B. FLETCHER and PAEZ, Circuit Judges, and SCHWARZER,[*]District Judge.

---

  [*]    The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

The panel has voted to deny the petition for panel rehearing. Judge Paez votes to deny the petition for rehearing en banc and Judges B. Fletcher and Schwarzer so recommend.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.