THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 of COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | No. 04-5052RBL<br><br>MOTION FOR WITHDRAWAL<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 28, 2008** |

Plaintiff TIG INSURANCE COMPANY ("TIG") respectfully requests the Court to grant Bullivant Houser Bailey's Motion to Withdraw attorneys Douglas G. Houser, Lloyd Bernstein, Ronald J. Clark, Maria Sotirhos, and Tony Y. Anders as counsel of record for TIG. In accordance with CR7(d)(2), it is hereby certified that this Motion was served upon corporate representatives of TIG and counsel of record for Defendant Public Utility District No. 1 of Cowlitz County, Washington ("PUD").

It is also certified that corporate representatives for TIG have been advised that TIG is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date the withdrawal is in effect may result in the dismissal of TIG's claims for failure to prosecute and/or entry of default against TIG against it as to any claims by PUD.

| | |
|---|---|
| 1 | New counsel to be appointed by Plaintiff TIG in the above-captioned matter shall be |
| 2 | William J. Leedom, WSBA #2321; Michael Madden, WSBA #8747; Timothy E. Allen, WSBA |
| 3 | #35337; and Amy M. Magnano, WSBA #38484, of Bennett Bigelow & Leedom PS.  All future |
| 4 | papers, pleadings/e-filings, and correspondence should be directed to: |

        William J. Leedom
        Michael Madden
        Timothy E. Allen
        Amy M. Magnano
        Bennett Bigelow & Leedom PS
        1700 Seventh Ave., Ste. 1900
        Seattle WA 98101
        Phone: (206) 622-5511
        Fax: (206) 622-8986
        wleedom@bbllaw.com

For all of the reasons stated above, the court should grant the Motion for Withdrawal and allow substitution of new counsel on behalf of Plaintiff TIG.

DATED this 18th day of November 2008.

BULLIVANT HOUSER BAILEY PC


By /s/ Douglas G. Houser
    BULLIVANT HOUSER BAILEY PC
    Douglas G. Houser, OSB #60038
    E-mail doug.houser@bullivant.com
    Ronald J. Clark, OSB #88032
    Lloyd Bernstein, OSB #00203
    Maria E. Sotirhos, WSBA #21726
    Tony Y. Anders, WSBA #31238
    300 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR  97204-2089
    Tel. (503) 228-6351
    Fax (503) 295-0915

Attorneys for Plaintiff TIG Insurance Company

10915057.1

**Certificate of Service**

The undersigned certifies that on this 18th day of November 2008, I caused to be served the Notice of Withdrawal and Substitution of Counsel to:

| | |
|---|---|
| Michael Ricketts<br>Kingman Peabody Fitzharris & Ringer, P.S.<br>505 Madison St., Ste. 300<br>Seattle, WA  98104 | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via facsimile.<br>☒ via ECF. |
| Arjang Victory<br>Jennifer Hoffman<br>Matthew Gonzalez<br>Bruckmann & Victory LLP<br>420 Lexington Ave., Ste. 1621<br>New York, NY  10170 | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via facsimile.<br>☒ via ECF. |

I declare under penalty of perjury this 18th day of November 2008, at Portland, Oregon.

/s/ Douglas G. Houser
Douglas G. Houser

CERTIFICATE OF SERVICE  Page 3

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930