UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 12 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERATED RURAL ELECTRIC INSURANCE CORP, <br><br> Plaintiff, <br><br> and <br><br> TIG INSURANCE COMPANY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYDS, LONDON, and London Market Companies, foreign entities, <br><br> Defendant, <br><br> and <br><br> PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, a Washington municipal corporation, <br><br> Defendant - Appellee. | No. 07-35596 <br> D.C. No. CV-04-05052-RBL <br> Western District of Washington, Tacoma <br><br> **MANDATE** |

The judgment of this Court, entered 9/19/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk