**The Honorable Ronald B. Leighton**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | NO. CV04-05052 RBL<br><br>ORDER LIFTING THE STAY OF THE PUD'S EXTRA CONTRACTUAL CLAIMS<br><br>Noted for Consideration:<br>November 28, 2008 |

THIS MATTER having come on for hearing through Defendant Public Utility District No. 1 of Cowlitz County, Washington (the "District" or "PUD") Motion to Lift the Stay of the PUD's Extra Contractual Claims [Dkt. #344], and the Court having reviewed the moving papers, and having found good cause, IT IS HEREBY ORDERED that the stay of the PUD's extra contractual claims is lifted. The parties are hereby directed to file a Joint Status Report within thirty (30) days of entry of this Order. The Court will then issue and circulate to the parties a revised scheduling order.

DATED this 28th day of November 2008

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER LIFTING THE STAY OF
THE PUD'S EXTRA CONTRACTUAL CLAIMS
[CV04-5052RBL] - 1

BRUCKMANN & VICTORY, LLP
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 1621
NEW YORK, NEW YORK 10170
TEL: 212. 850.8500 / FAX: 212.850.8505