THE HONORABLE RONALD B. LEIGHTON

04-CV-05052-JGM

FILED ___ LODGED
___ RECEIVED
DEC - 2 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIG INSURANCE COMPANY,

    Plaintiff,

v.

PUBLIC UTILITY DISTRICT NO. 1 OF
COWLITZ COUNTY, WASHINGTON, a
Washington municipal corporation,

    Defendant.

NO. C04-05052RBL

SATISFACTION OF JUDGMENT

Noted: November 24th, 2008

  The undersigned, counsel of record for defendant Public Utility District No. 1 of Cowlitz County, Washington ("PUD"), owner and holder of that certain final judgment rendered in the above-captioned civil action, dated July 9, 2007 (*see* ECF No. 300) (the "Judgment"), does hereby acknowledge that all sums due under the Judgment, including interest, were fully paid by plaintiff TIG Insurance Company ("TIG") on November 10, 2008, and that the Judgment has been fully satisfied.

  The undersigned also acknowledges that PUD, as part of the payment received on November 10, 2008, also received from TIG payment of $395,000 in satisfaction of all attorney's fees, costs, and expenses to which it is entitled in connection with the appeal from said final judgment.

SATISFACTION OF JUDGMENT - Page 1
No. C04-05052RBL

Bruckmann & Victory, LLP
Attorneys at Law
420 Lexington Avenue, Suite 1621
New York, New York 10107
Telephone: (212) 850-8500
Facsimile: (212) 850-8505

Upon execution of this Satisfaction of Judgment, PUD does hereby consent that the Judgment, including interest thereon, together with any liability of TIG for attorney's fees or costs relating to the appeal of said judgment shall be satisfied of record and discharged.

DATED this 21 day of November, 2008.

BRUCKMAN & VICTORY, LLP

By /s/ Arjang Victory

Arjang Victory (admitted *pro hac vice*)
Jennifer A. Hoffman (admitted *pro hac vice*)
Michael E. Ricketts, WSBA #9387
Attorneys for Defendant/Counterclaim Plaintiff
Public Utility District No. 1 of Cowlitz County, Washington

Bruckmann & Victory, LLP
Attorneys at Law
420 Lexington Avenue, Suite 1621
New York, New York 10107
Telephone: (212) 850-8500
Facsimile: (212) 850-8505