THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, WASHINGTON, a Washington municipal corporation,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. C04-05052RBL<br><br>STIPULATED ORDER DISCHARGING SUPERSEDEAS BOND |

THIS CAUSE comes before the Court on the Stipulation of the parties to Discharge the Supersedeas Bond Number 104993081 (the "Supersedeas Bond") posted by Travelers Casualty and Surety Company of America as surety in the referenced case in the amount of 33,000,000 and 00/100 United States Dollars ($33,000,000.00) at the request of the parties. The parties have stipulated that the full amount owed to Public Utility District No. 1 of Cowlitz County, Washington has been remitted and the judgment satisfied. The parties have further stipulated that the Supersedeas Bond is no longer required and should be discharged and Travelers Casualty and Surety Company of America and its parents, affiliates and subsidiaries ("Travelers") should be released from any and all liability.

STIPULATED ORDER DISCHARGING
SUPERSEDEAS BOND - Page 1
No. C04-05052RBL

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

IT IS THEREFORE ORDERED that the judgment has been fully satisfied, as evidence by the Satisfaction of Judgment filed with this Court, a copy of which is attached hereto, and therefore the Supersedeas Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and Travelers hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Supersedeas Bond.

IT IS FUTHER ORDERED that the Clerk of the Court is hereby directed to release the said Supersedeas Bond recorded with this court to William J. Leedom Esq., for immediate return to Travelers.

ENTERED this 1st day of December, 2008.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER DISCHARGING
SUPERSEDEAS BOND - Page 2
No. C04-05052RBL

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986